AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| ROSARIO GONZALEZ | CASE NUMBER: 08CR 1371-W |

I, ROSARIO GONZALEZ, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 5/1/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*/s/ Rosario Gonzalez*
Defendant

*/s/ Defense Counsel*
Defense Counsel

Before */s/ Barbara L. Major*
Judicial Officer

FILED
MAY - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   MB   DEPUTY