1  JAMES M.V. FITZPATRICK
   Attorney at Law
2  California State Bar No. 125313
   101 West Broadway, Suite 1950
3  San Diego, CA  92101
   Telephone: 619.234.3422
4  Facsimile: 619.234.3163

5  Attorney for Defendant
   ROSARIO GONZALEZ

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-CR-1371-W |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| vs. | |
| ROSARIO GONZALEZ, AKA: Rosario GONZALEZ-Acosta | |
| Defendant. | |

Defendant, ROSARIO GONZALEZ, hereby substitutes JAMES M.V. FITZPATRICK, 101 West Broadway, Suite 1950, San Diego, CA 92101, telephone No. (619) 234-3422, as Attorney of Record in place and stead of ~~Charles Rees~~, Esq. Robert Hensaley of Federal Defenders

DATED: 5-15-08

ROSARIO GONZALEZ

I CONSENT TO THE ABOVE SUBSTITUTION.

DATED: 6/20/08

ROBERT R. HENSSLER, JR

08CR1371

1  I HEREBY ACCEPT THE ABOVE SUBSTITUTION.

2                                    _____
                                     JAMES M.V. FITZPATRICK
3

4
5                                    **ORDER**

6  IT IS SO ORDERED.

7

8  DATED: _____

9                                    _____
                                     JUDGE, UNITED STATES DISTRICT COURT
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08CR1371