**CERTIFICATE OF SERVICE**

    I hereby certify that on June 25, 2008, I electronically filed Substitution of Attorney with the Clerk of the Court using the CM/ECF system.  I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

                                        Respectfully submitted,

DATED: June 25, 2008                        */s/James M.V. Fitzpatrick*
                                                JAMES M.V. FITZPATRICK, ESQ.
                                                Attorney for Defendant