FILED

JUN 30 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Thomas J. Whelan)

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 08-cr-1371-W |
| Plaintiff | |
| vs. | **ORDER** |
| ROSARIO GONZALEZ, | |
| Defendant. | |

IT IS HEREBY ORDERED, that James M. V. Fitzpatrick be substituted in as attorney of record for defendant ROSARIO GONZALEZ in the above-entitled case in place and in stead of Robert R. Henssler.

SO ORDERED.

Dated: _6/3u/68_

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT COURT JUDGE

1